**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| BETTY LOU GAINES, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| DARLA JEAN SHAW, SHERRY | § | **CASE NO. A:06-CA-0673 LY** |
| LOYD, JAN MARTIN, CHARLANE | § | |
| BATEMAN, DIANA SPISER, KAREN | § | |
| EELLS, THOMAS CHAPMOND, AMY | § | |
| CHANDLER, AND CAREY COCKRELL, | § | |
| Defendants. | § | |

## NOTICE TO COURT OF PAYMENT

Defendants hereby give notice to the Court that the checks for settlement and court costs have

been issued and paid to Plaintiff.  Along with this notice is the Court's check for costs.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

KENT C. SULLIVAN
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

ROBERT B. O'KEEFE, Chief
General Litigation Division

   /s/ Sam Lively
SAM LIVELY
Texas Bar No. 12435300
Assistant Attorney General
General Litigation Division
P. O. Box 12548, Capitol Station

Austin, Texas 78711
Phone: (512) 463-2120
Fax: (512) 320-0667
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been served via electronic

notification, as required by the U.S.D.C. for the Western Division, on November 21, 2008, to:

Susan Henricks
HULL, HENRICKS & McRAE, LLP
221 W. 6th , Suite 2000
Austin, Texas 78701

/s/ Sam Lively
SAM LIVELY
Assistant Attorney General